IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUSTIN GOODE EVANS            :
                              :
          v                   :          CIVIL ACTION NO. 14-3372
                              :
CAROLYN W. COLVIN,            :
ACTING COMMISSIONER OF        :
SOCIAL SECURITY               :

## O R D E R

**AND  NOW**, this ___17th___ day of ___May___, 2016, upon careful and

independent consideration, the record reveals that the Commissioner did not apply correct legal

standards and that the record does not contain substantial evidence to support the ALJ findings of

fact and conclusions of law.  As a result, this action must be remanded to the Commissioner

pursuant to sentence four of 42 U.S.C. § 405(g).  Accordingly, it is **ORDERED** that:

1.    The Report and Recommendation is **APPROVED AND ADOPTED**;

2.    Judgment is entered **REVERSING** the decision of the Commissioner of Social

      Security for the purposes of this remand only and the relief sought by Plaintiff is

      **GRANTED** to the extent that the matter is **REMANDED** for further proceedings

      consistent with this adjudication;

3.    The Clerk of court is directed to mark this case **CLOSED**.

**IT IS SO ORDERED.**

                              BY THE COURT:


                              R. BARCLAY SURRICK, J.